**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed July 21, 2022.**



In The

# Fourteenth Court of Appeals

NO. 14-22-00434-CR
NO. 14-22-00435-CR

**IN RE ALEX DARNELL JOHNSON, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 22-DCR-099020 & 22-DCR-099021**

## MEMORANDUM OPINION

On June 16, 2022, relator Alex Darnell Johnson filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator claims that he is being illegally confined and restrained of his liberty by the Fort Bend County Sheriff.

This Court does not have original habeas corpus jurisdiction in criminal cases. *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (citing Tex. Gov't Code Ann. § 22.221(d)). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. *Id.* (citing Tex. Code Crim. Proc. Ann. art. 11.05). Therefore, this Court is without jurisdiction to consider relator's petition requesting habeas corpus relief.

The relief sought by relator is not within this Court's jurisdiction. As such, relator's petition for writ of habeas corpus is dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).

2